**Sean PETERS, Respondent,**

v.

**UNIVERSITY OF MINNESOTA, Self–Insured/Sedgwick Claims Management Services, Relators,**

and

**Carpenters and Joiners Health & Welfare Fund, Intervenor,**

and

**Special Compensation Fund.**

No. C5–02–794.

Supreme Court of Minnesota.

Aug. 8, 2002.

Roderick C. Cosgriff, Eric S. Westphal, Heacox, Hartman, Mattaini, Koshmrl, Cosgriff & Johnson, P.A., St. Paul, MN, for Relator.

David A. Thompson, Lakeville, MN, for Intervenor.

Russell G. Sundquist, Sundquist & Associates, St. Paul, MN, for Respondent.

Karen R. Swanton, St. Paul, MN, for Special Compensation Fund.

ORDER

Based upon all the files, records and proceedings herein,

IT IS HEREBY ORDERED that the decision of the Workers' Compensation Court of Appeals filed April 19, 2002, be, and the same is, affirmed without opinion. *See* Minn. R. Civ.App. P. 136.01, subd. 1(b).

Employee is awarded $600 in attorney fees.

BY THE COURT:
Paul H. Anderson
Associate Justice

PAGE, J., took no part in the consideration or decision of this case.